UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES DODD,

Plaintiff,                                              CASE NO. 10-cv-00299

v.

WINDHAM PROFESSIONALS,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

JAMES DODD (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, WINDHAM PROFESSIONALS (Defendant), in this case.

                                          RESPECTFULLY SUBMITTED,

                                    By: /s/ Nicholas J. Bontrager
                                        Nicholas J. Bontrager
                                        Krohn & Moss, Ltd
                                        10474 Santa Monica Blvd., Suite 401
                                        Los Angeles, CA 90025
                                        Phone:  (323) 988-2400 x229
                                        Fax:    (866) 802-0021
                                        nbontrager@consumerlawcenter.com
                                        Attorney for Plaintiff