UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES DODD

    VS                                      CASE NO.  3:10CV299-WS

WINDHAM PROFESSIONALS, INC.,

**JUDGMENT**

This action is dismissed with prejudice consistent with the plaintiff's Notice of Dismissal.

                                        SHEILA HURST-RAYBORN
                                        ACTING CLERK OF COURT

 November 18, 2010           s/David L Thomas
DATE                                     Deputy Clerk: David Thomas